# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ANDRE T. HEMPHILL,<br><br>  Petitioner,<br><br>  v.<br><br>I.D. CLAY, Warden,<br><br>  Respondent. | Case No. CV 08-4720-SGL (JTL)<br><br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: 8-17-09

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE